UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY BALDRIGE, *individually and on behalf of others similarly situated*, Plaintiff, | § § § § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-4309 |
| MIDWESTERN MARKETING, LLC, Defendant. | § § § § | |

# ORDER DISMISSING DEFENDANT
# GREAT WESTERN INSURANCE COMPANY

Upon consideration of the Stipulation of Dismissal between Plaintiff Jerry Baldridge and Defendant Great Western Insurance Company, it is hereby ORDERED that Defendant, Great Western Insurance Company, is DISMISSED from this case with prejudiced, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff's claim against Midwestern Marketing, LLC remains pending.

Signed this __September 13__, 2024 at Houston, Texas.

_____
George C. Hanks, Jr.
United States District Judge