Case 4:23-cv-04309   Document 35   Filed on 03/26/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JERRY BALDRIDGE,  §<br>   Plaintiff,  §<br>  §<br>VS.  §<br>  §<br>MIDWESTERN MARKETING, LLC,  §<br>   Defendant.  § | CIVIL ACTION NO. 4:23-CV-04309 |

## ORDER OF DISMISSAL

On <u>March 24, 2025</u>, Plaintiff Jerry Baldridge and Defendant Midwestern Marketing, LLC, filed a Joint Stipulation of Dismissal without Prejudice (Dkt. 34) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on March 26, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE